IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CATHERINE K. JONES, | ) | Civil Action No. 2:16-CV-00058-TFM |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge Terrence F. McVerry |
| vs. | ) | |
| | ) | |
| | ) | **STIPULATED NOTICE OF** |
| | ) | **DISMISSAL** |
| | ) | |
| DOLLAR GENERAL CORPORATION, and | ) | |
| DOLGENCORP, LLC, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff and Defendants, by and through their undersigned counsel, hereby agree and stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this entire action and all claims in Plaintiff's Complaint against all Defendants are hereby dismissed with prejudice as to future action, with each party to bear her, his, or its respective costs, expenses, and attorneys' fees.

_____
Lawrence D. Kerr, Esq. (PA ID #58635)
Tremba, Kinney, Greiner & Kerr, LLC
302 West Ottoman Street
Greenburg, PA 15601
Telephone: 724-838-7600
lkerr@westpalawyers.com

*Attorney for Plaintiff*

_____
Jerry P. Cline, Esq. (*pro hac vice* – OH Bar# 0075370)
Fisher & Phillips LLP
9150 South Hills Blvd., Suite 300
Cleveland, OH 44147
Telephone: (440) 838-8800
Facsimile: (440) 838-8805
jcline@laborlawyers.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June, 2016 a copy of the foregoing *Stipulated Notice of Dismissal with Prejudice* was filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Jerry P. Cline*
Jerry P. Cline, Esq.

FPDOCS 31606262.1